COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:       01-17-00035-CV

Style:       In re Seascape Owners Association, Inc., and Home Depot USA, Inc.,

d/b/a The Home Depot, Relators

Date motion filed*:       February 9, 2017

Type of motion:       Unopposed Motion to Extend Deadline for Filing of Response to

Relators' Petition for Writ of Mandamus

Parties filing motions:       Real Parties in Interest Julie Dow, Individually, and as Executrix of the

Estate of David Holden Gasser, Deceased, and Karen Ragland, Heir at

Law of the Estate of David Holden Gasser, Deceased

Document to be filed:       Response to Petition

Is appeal accelerated?       Yes (original proceeding).

If motion to extend time:

      Original due date:       February 21, 2017

      Number of extensions granted:       0       Current Due Date: February 21, 2017

      Date Requested:       March 15, 2017

Ordered that motion is:

      ☑       Granted

           If document is to be filed, document due: March 15, 2017.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☐ Other: _____

Judge's signature: /s/ Laura C. Higley

           ☑ Acting individually       ☐ Acting for the Court

Date: February 14, 2017